IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Tennessee

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 3:15-bk-03608 |
| ALLAN GORDON SMITH } | |
| SOCIAL SECURITY # xxx-xx-2576 } | |
| } | Chapter 13 |
| 746 SERGIO COURT } | |
| Murfreesboro TN 37128 } | |
| **Debtor(s)** } | |

## MOTION TO DISMISS
## REQUEST FOR AN ORDER

Debtor through attorney David F. Cannon hereby motions the court to voluntarily dismiss debtor's Chapter 13 petition pursuant to 11 U.S.C. Section 1307. Debtor requests an immediate Order dismissing this voluntary petition.

Respectfully submitted

/s/ David F Cannon
David F. Cannon
Attorney for Debtor
346 21st Ave North
Nashville, TN 37203
(p) 615-321-8787
(f) 615-620-7340
dcannon@davidcannon.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was sent to the Chapter 13 Trustee and U.S. Trustee via CMECF and that a true and exact copy of the foregoing was deposited with the U.S. Postal Service First Class postage prepaid and sent to all creditors on attached matrix on 9/8/2016.

/S/ DAVID F CANNON
DAVID F. CANNON